IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Dion G. Wilkins,  :
:
      Petitioner(s),  :
:  Case Number: 1:14cv559
vs.  :
:  Judge Susan J. Dlott
Warden, Chillicothe Correctional  :
:
      Respondent(s).  :

ORDER

      This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge J. Gregory Wehrman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on June 24, 2015 a Report and Recommendations (Doc. 12).  Subsequently, the petitioner filed objections to such Report and Recommendation (Doc. 14).

      The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

      Accordingly, this Court lacks jurisdiction in this matter involving a successive habeas petition within the meaning of 28 U.S.C. §2244 (b), the petition is TRANSFERRED to the United States Court of Appeals for the Sixth Circuit for review and determination whether the district court should grant authorization to entertain the habeas corpus petition and/or respondent's pending motion to dismiss the petition on statute-of-limitations grounds.

      IT IS SO ORDERED.

      ___s/Susan J. Dlott_____
      Judge Susan J. Dlott
      United States District Court